UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6790 SVW (VBKx) | Date | November 5, 2008 |
|---|---|---|---|
| Title | Peggy Richan v. Fleetwood Motor Homes, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER TO SHOW CAUSE RE: REMAND TO STATE COURT

     Having reviewed Defendants Notice of Removal, the Court finds Defendants allegations of federal jurisdiction lacking.  Thus, Defendants are ORDERED to show cause no later than November 12, 2008, why the case should not be remanded to state court.  Defendants' response to this OSC shall not exceed five (5) pages.

|  | : |
|---|---|
| Initials of Preparer | PMC |