FILED
CLERK, U.S. DISTRICT COURT

FEB 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY J. RICHAN,<br><br>Plaintiff,<br><br>vs.<br><br>FLEETWOOD MOTOR HOMES, et al.,<br><br>Defendants | **Case No.:** CV 08-6790-SVW (VBKx)<br>**Filed:** July 16, 2008<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE STEPHEN V. WILSON<br>COURTROOM 6<br><br>JUDGMENT ON VERDICT [PROPOSED]<br><br>TRIAL: December 14, 2010<br>TIME: 8:30 a.m. |

This action came on regularly for trial on December 14, 2010, in Department "6" of the above-entitled court, the Honorable Stephen V. Wilson presiding. René Korper of Law Offices of René Korper appeared on behalf of Plaintiff, PEGGY J. RICHAN ("RICHAN"). Steven D. Di Saia, of Sedgwick, Detert, Moran & Arnold LLP appeared on behalf of Defendant, CATERPILLAR INC. ("CATERPILLAR"). Thomas M. Murphy of Sutton & Murphy appeared on behalf of Defendant, NIEL'S MOTOR HOMES, INC. ("NIEL'S").

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by this Court and the cause was submitted to the jury with directions to

return a verdict. The jury deliberated and thereafter returned into court with its verdict as follows:

"WE, the jury in the above entitled action, find in favor of:

_____X_____ Plaintiff _____ Defendant

If you find for defendant, do not proceed to question below.

DAMAGES:

We find damages in the amount of $_____190,651.50_____

"Dated: _____12-17-10_____     _____/s/_____
                                "FOREPERSON"

It appearing by reason of this verdict that Plaintiff RICHAN is entitled to judgment against Defendant NIEL'S,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff RICHAN have and recover from Defendant NIEL'S the sum of One Hundred Ninety Thousand Six Hundred Fifty-One Dollars and Fifty Cents ($190,651.50).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff RICHAN have and recover from Defendant NIEL'S postjudgment interest thereon at the rate of 0.26 percent ~~twenty-six percent (26%)~~ per annum from the date of entry of this judgment until paid, together with costs and disbursements, including attorney's fees, in the amount of $ 136,364.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant NIEL'S shall be entitled to recover from Plaintiff RICHAN possession of the 2005 Fleetwood Discovery 39J motor home that is the subject of this action.

The Clerk is hereby ordered to enter the judgment forthwith.

DATED: _____Feb 15_____, 2011   By: _____

Hon. Stephen V. Wilson
United States District Judge
Central District of California